# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BRAGER,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:17-CV-00800-EPG<br><br>(Social Security Appeal)<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>Current Response Date: January 26, 2018<br><br>New Response Date: February 28, 2018 |

Based upon the "Stipulation to Extend Time for Plaintiff to File Opening Brief" filed by the parties, and good cause appearing, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Stipulation is **GRANTED**.

2. Plaintiff, Andrew Brager, shall have an additional thirty-two (32) days, from January 26, 2018 until February 28, 2018, in which to file his Opening Brief.

IT IS SO ORDERED.

Dated: __**January 29, 2018**__      /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE