UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BRAGER,<br><br>   Plaintiff,<br><br> vs.<br><br>NANCY A. BERRYHILL,<br> Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 1:17-cv-00800-EPG<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT** |

  Pursuant to the parties' stipulation, this action is remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

  Per the parties' stipulation, on remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a hearing and decision to consider and adjudicate Plaintiff's application for Title II claim. The Appeals Council will instruct the ALJ to further develop the record and evaluate the evidence relevant to Plaintiff's Title II claim pursuant to the applicable regulation and agency policy. The Appeals Council will also instruct the ALJ to further evaluate whether Plaintiff has the residual functional capacity to perform his past relevant work and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given his age, education, vocational factors and residual functional capacity.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the Commissioner's final decision, and close this case.

IT IS SO ORDERED.

Dated: **March 1, 2018**

/s/ Eric P. Grosj[signature]
UNITED STATES MAGISTRATE JUDGE